UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19CR00464 JAR |
| ) | |
| ISAAC HARPER, JR., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 63).  On September 11, 2020, Defendant Harper filed a Motion to Suppress Evidence and Statements (ECF No. 45).  On May 21, 2021, Defendant Harper filed a Post-Hearing Motion to Suppress Evidence and Statements (ECF No. 60). Magistrate Judge Collins recommends the Court deny Defendant's Motions to Suppress Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Noelle C. Collins, who filed a Report and Recommendation on July 14, 2021 (ECF No. 63). Defendant Harper filed objections to the Report and Recommendation on July 28, 2021 (ECF No. 64), stating objections to both the Findings of Fact, and the Conclusions of Law and Recommendation.  The Government then filed a Response to the Objections on August 2, 2021 (ECF No. 65).  The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Harper's objections are not persuasive.

1

The Magistrate Judge recommends that the Motion to Suppress Evidence and Statements be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [63] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence and Statements [45] is **DENIED**.

**IT IS FURTHER ORDERED** that the Post-Hearing Motion to Suppress Evidence and Statements [60] is **DENIED**.

**IT IS FURTHER ORDERED** that based upon the numerous filings by the parties following the issuance of the R&R, including the Defendant's reply memorandum, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance of the trial setting, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The Jury Trial in this matter is continued to **Monday, August 23, 2021 at 9:00 a.m.**

Dated this 4th day of August, 2021.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE